IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| SAHARA SMOKE CO., | ) |
|     Plaintiff, | ) |
| v. | ) Civil Action No. 1:13-cv-582 |
| JOHN KAKO and SAHARA HOOKAH LLC, | ) |
|     Defendants. | ) |

FILED DEC 13 2013
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## ORDER

This matter comes before the Court on Defendants' Motion to Dismiss, or, in the Alternative, to Transfer Venue. For the reasons stated from the bench, it is hereby

ORDERED that Defendants' Motion to Transfer is GRANTED, and this case is transferred to the United States District Court for the Eastern District of California.

/s/
_____
Claude M. Hilton
United States District Judge

Alexandria, Virginia
December _13_, 2013