# U.S. District Court
# Eastern District of Virginia – (Alexandria)
# CIVIL DOCKET FOR CASE #: 1:13–cv–00582–CMH–JFA

| | |
|---|---|
| Sahara Smoke Co. v. Kako et al | Date Filed: 05/10/2013 |
| Assigned to: District Judge Claude M. Hilton | Date Terminated: 12/13/2013 |
| Referred to: Magistrate Judge John F. Anderson | Jury Demand: None |
| Cause: 15:1125 Trademark Infringement (Lanham Act) | Nature of Suit: 840 Trademark |
| | Jurisdiction: Federal Question |

**Plaintiff**

| | | |
|---|---|---|
| **Sahara Smoke Co.** | represented by | **Christopher Randolph Shiplett**<br>Premier Law Group PLLC<br>11350 Random Hills Rd<br>Suite 800<br>Fairfax, VA 22030<br>703–934–6031<br>Fax: 703–591–3049<br>Email: chris.shiplett@randolphlawonline.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **John Kako** | represented by | **Daniel Howard Sachs**<br>Neifeld IP Law PC<br>4813–B Eisenhower Avenue<br>Alexandria, VA 22301<br>703–415–0012<br>Fax: 703–415–0013<br>Email: dsachs@neifeld.com<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Sahara Hookah LLC** | represented by | **Daniel Howard Sachs**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 05/10/2013 | Ï 1 | COMPLAINT against John Kako, Sahara Hookah LLC ( Filing fee $ 400, receipt number 14683036061.), filed by Sahara Smoke Co. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18)(nhall) (Additional attachment(s) added on 5/13/2013: # 19 Civil Cover Sheet, # 20 Receipt) (nhall). (Entered: 05/13/2013) |
| 05/10/2013 | Ï 2 | Summons Issued and given for service by SPS as to John Kako, Sahara Hookah LLC. (nhall) (Entered: 05/13/2013) |
| 05/14/2013 | Ï 3 | |

| | | |
|---|---|---|
| | | Financial Interest Disclosure Statement Rule 7.1 by Sahara Smoke (Shiplett, Christopher) (Entered: 05/14/2013) |
| 05/17/2013 | Ï | Notice of Correction re 3 Financial Disclosure Statement. The filing user has been asked to refile the pleading with an electronic signature block. (nhall) (Entered: 05/17/2013) |
| 05/21/2013 | Ï 4 | Financial Interest Disclosure Statement (Local Rule 7.1) by Sahara Smoke Co.. (Shiplett, Christopher) (Entered: 05/21/2013) |
| 08/08/2013 | Ï 5 | SUMMONS Returned Executed by Sahara Smoke Co. Sahara Hookah LLC served on 7/12/2013, answer due 8/2/2013 (gwalk, ) (Entered: 08/08/2013) |
| 08/09/2013 | Ï 6 | SUMMONS Returned Executed as to John Kako; served on 7/12/2013, answer due 8/2/2013 (pmil) (Entered: 08/09/2013) |
| 08/20/2013 | Ï 7 | Request for Entry of Default as to *defendants John Kako and Sahara Hookah, LLC* by Sahara Smoke Co.. (Attachments: # 1 Affidavit of Christopher Shiplett, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3)(Shiplett, Christopher) (Entered: 08/20/2013) |
| 08/20/2013 | Ï 8 | ANSWER to 1 Complaint by John Kako, Sahara Hookah LLC.(nhall) (Entered: 08/21/2013) |
| 08/21/2013 | Ï 9 | Clerk's ENTRY OF DEFAULT as to John Kako, Sahara Hookah LLC. (nhall) (Entered: 08/21/2013) |
| 09/10/2013 | Ï 10 | ORDER. It is hereby ORDERED that plaintiff file a motion for default judgment and an accompanying memorandum setting forth the factual and legal support for findings. It is FURTHER ORDERED that plaintiff file a Notice setting the hearing of the motion for default judgment for 10:00 a.m. on Friday, October 18, 2013, before the magistrate judge to whom this action is referred, and mail copies of the notice, motion, and memorandum to each defaulting defendant at that defendant's last known address, certifying the same to the Court. (See Order For Details). Signed by District Judge Claude M. Hilton on 9/10/13. (nhall) (Entered: 09/11/2013) |
| 10/04/2013 | Ï 11 | MOTION for Default Judgment as to *John Kako and Sahara Hookah, LLC* by Sahara Smoke Co.. (Attachments: # 1 Proposed Order)(Shiplett, Christopher) (Entered: 10/04/2013) |
| 10/04/2013 | Ï 12 | Notice of Hearing Date set for 10/18/2013 re 11 MOTION for Default Judgment as to *John Kako and Sahara Hookah, LLC* (Shiplett, Christopher) (Entered: 10/04/2013) |
| 10/04/2013 | Ï 13 | Brief in Support to 11 MOTION for Default Judgment as to *John Kako and Sahara Hookah, LLC* filed by Sahara Smoke Co.. (Attachments: # 1 Affidavit of Christopher R Shiplett, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6)(Shiplett, Christopher) (Entered: 10/04/2013) |
| 10/04/2013 | Ï 14 | Notice of Hearing Date *(Corrected)* set for 10/18/2013 re 11 MOTION for Default Judgment as to *John Kako and Sahara Hookah, LLC* (Shiplett, Christopher) (Entered: 10/04/2013) |
| 10/04/2013 | Ï | MOTIONS REFERRED to Magistrate Judge: Anderson. 11 MOTION for Default Judgment as to *John Kako and Sahara Hookah, LLC* (klau, ) (Entered: 10/04/2013) |
| 10/04/2013 | Ï | Set Deadlines as to 11 MOTION for Default Judgment as to *John Kako and Sahara Hookah, LLC*. Motion Hearing set for 10/18/2013 at 10:00 AM in Alexandria Courtroom 501 before Magistrate Judge John F. Anderson. (klau, ) (Entered: 10/04/2013) |
| 10/08/2013 | Ï 15 | NOTICE of Appearance by Daniel Howard Sachs on behalf of John Kako, Sahara Hookah LLC (Sachs, Daniel) (Entered: 10/08/2013) |
| 10/08/2013 | Ï 16 | Motion to appear Pro Hac Vice by Stephen Lewis Davis and Certification of Local Counsel Daniel Howard Sachs Filing fee $ 75, receipt number 0422–3698779. by John Kako, Sahara |

| | | |
|---|---|---|
| 10/10/2013 | 17 | ORDER granting 16 Motion for Pro hac vice. Signed by District Judge Claude M. Hilton on 10/10/13. (gwalk, ) (Entered: 10/11/2013) |
| 10/11/2013 | 18 | Financial Interest Disclosure Statement (Local Rule 7.1) by John Kako, Sahara Hookah LLC. (Sachs, Daniel) (Entered: 10/11/2013) |
| 10/11/2013 | 19 | Memorandum in Opposition re 11 MOTION for Default Judgment as to *John Kako and Sahara Hookah, LLC* filed by John Kako, Sahara Hookah LLC. (Sachs, Daniel) (Entered: 10/11/2013) |
| 10/11/2013 | 20 | MOTION for Leave to Appear Telephonic by John Kako, Sahara Hookah LLC. (Attachments: # 1 Proposed Order Granting Right to Appear Telephonically)(Sachs, Daniel) (Entered: 10/11/2013) |
| 10/11/2013 | 21 | MOTION From Default re 9 Clerk's Entry of Default by John Kako, Sahara Hookah LLC. (Attachments: # 1 Exhibit Declaration of David Barrett in Support of Motion for Relief from Default, # 2 Exhibit Declaration of Stephen L. Davis in Support of Motion for Relief from Default, # 3 Exhibit Declaration of John Kako in Support of Motion for Relief from Default, # 4 Proposed Order Granting Relief from Default)(Sachs, Daniel) (Entered: 10/11/2013) |
| 10/11/2013 | 22 | Memorandum in Support re 21 MOTION From Default re 9 Clerk's Entry of Default filed by John Kako, Sahara Hookah LLC. (Sachs, Daniel) (Entered: 10/11/2013) |
| 10/11/2013 | 23 | Notice of Hearing Date set for 10/18/2013 re 21 MOTION From Default re 9 Clerk's Entry of Default (Sachs, Daniel) (Entered: 10/11/2013) |
| 10/11/2013 | 24 | MOTION Shortening Time re 21 MOTION From Default re 9 Clerk's Entry of Default by John Kako, Sahara Hookah LLC. (Attachments: # 1 Proposed Order Shortening Time)(Sachs, Daniel) (Entered: 10/11/2013) |
| 10/15/2013 |  | Set Deadlines as to 24 MOTION Shortening Time re 21 MOTION From Default re 9 Clerk's Entry of Default . Motion Hearing set for 10/18/2013 at 10:00 AM in Alexandria Courtroom 501 before Magistrate Judge John F. Anderson. (clar, ) (Entered: 10/15/2013) |
| 10/15/2013 |  | MOTIONS REFERRED to Magistrate Judge: Anderson. 24 MOTION Shortening Time re 21 MOTION From Default re 9 Clerk's Entry of Default (clar, ) (Entered: 10/15/2013) |
| 10/15/2013 | 25 | ORDER denying 20 Motion for Leave to Appear Telephonically ; granting 24 MOTION Shortening Time re 21 MOTION From Default re 9 Clerk's Entry of Default. ORDERED that Plaintiff shall file any opposition to the motion by 5PM 10/16/2013 and the court will hear argument on the Motion for Relief from Default on 10/18/2013 at 10AM. Signed by Magistrate Judge John F. Anderson on 10/15/2013. (rban, ) (Entered: 10/15/2013) |
| 10/15/2013 |  | Set/Reset Deadlines as to 21 MOTION From Default re 9 Clerk's Entry of Default . Motion Hearing set for 10/18/2013 at 10:00 AM in Alexandria Courtroom 501 before Magistrate Judge John F. Anderson. (rban, ) (Entered: 10/15/2013) |
| 10/16/2013 | 26 | Memorandum in Opposition re 21 MOTION From Default re 9 Clerk's Entry of Default filed by Sahara Smoke Co.. (Attachments: # 1 Exhibit 1, # 2 Proposed Order)(Shiplett, Christopher) (Entered: 10/16/2013) |
| 10/18/2013 | 27 | Minute Entry for proceedings held before Magistrate Judge John F. Anderson: Appearances; of counsel.Motion Hearing held on 10/18/2013 re 11 MOTION for Default Judgment as to John Kako and Sahara Hookah, LLC filed by Sahara Smoke Co. ARGUED and DENIED 21 MOTION From Default re 9 Clerk's Entry of Default filed by John Kako, Sahara Hookah LLC –ARGUED and GRANTED. ORDER TO FOLLOW. (Tape #ftr.)(nbla, ) (Entered: 10/18/2013) |

| | | |
|---|---|---|
| 10/18/2013 | 28 | ORDERED hereby 11 Motion Default Judgment granting Defendant's Motion for Relief from Default. The Default entered by the Clerk on August 21, 2013 (Docket no.9) is hereby vacated. Defendant shall file a responsive pleading by 5:00 p.m. on Friday, October 25, 2013. It is further ORDERED that defendants shall pay plaintiff $2,000.00 in attorney's fees and costs incurred in obtaining entry of default and filing its Motion for Default Judgment. Signed by Magistrate Judge John F. Anderson on 10/18/2013. (nbla, ) (Entered: 10/18/2013) |
| 10/25/2013 | 29 | MOTION to Dismiss for Lack of Jurisdiction by John Kako, Sahara Hookah LLC. (Attachments: # 1 Affidavit Declaration of John Kako, # 2 Proposed Order [PROPOSED] ORDER DISMISSING CASE, # 3 BRIEF IN SUPPORT OF DEFENDANTS MOTION TO DISMISS OR TRANSFER)(Sachs, Daniel) (Entered: 10/25/2013) |
| 10/25/2013 | 30 | Notice of Hearing Date set for 12/13/2013 re 29 MOTION to Dismiss for Lack of Jurisdiction (Sachs, Daniel) (Entered: 10/25/2013) |
| 10/28/2013 | Ï | Set Deadlines as to 29 MOTION to Dismiss for Lack of Jurisdiction . Motion Hearing set for 12/13/2013 at 10:00 AM in Alexandria Courtroom 800 before District Judge Claude M. Hilton. (clar, ) (Entered: 10/28/2013) |
| 10/28/2013 | Ï | Notice of Correction re 29 MOTION to Dismiss for Lack of Jurisdiction . The filing user has been notified to file the document separately for each motion relief in the future. (clar, ) (Entered: 10/28/2013) |
| 11/05/2013 | 31 | Memorandum in Opposition re 29 MOTION to Dismiss for Lack of Jurisdiction filed by Sahara Smoke Co.. (Attachments: # 1 Proposed Order)(Shiplett, Christopher) (Entered: 11/05/2013) |
| 11/08/2013 | 32 | REPLY to Response to Motion re 29 MOTION to Dismiss for Lack of Jurisdiction filed by John Kako, Sahara Hookah LLC. (Sachs, Daniel) (Entered: 11/08/2013) |
| 12/13/2013 | 33 | Minute Entry for proceedings held before District Judge Claude M. Hilton: Motion Hearing held on 12/13/2013. Appearance of counsel. Defendants' 29 Motion to Dismiss, or in the Alternative, to Transfer Venue – Argued. Defendants' Motion to Transfer is GRANTED and the case is transferred to the USDC for the Eastern District of California. (Court Reporter: Westfall)(tarm) (Entered: 12/13/2013) |
| 12/13/2013 | 34 | ORDER For the reasons stated from the bench, Dfts' 29 Motion to Transfer is GRANTED, and this case is transferred to the USDC for the Eastern District of California. Signed by District Judge Claude M. Hilton on 12/13/13. (tarm) (Entered: 12/13/2013) |
| 12/13/2013 | Ï | Case transferred electronically to the USDC for the Eastern District of California. (tarm) (Entered: 12/13/2013) |